IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER VIEW CORP., LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARCO IRIS BAR, INC., et al. | : | NO. 02-4747 |

### ORDER

AND NOW, this _____ day of October, 2002, it appearing that:

a. Plaintiff filed its complaint on July 18, 2002.

b. Plaintiff's complaint was served on defendants on August 19, 2002.

c. A review of the docket indicated that no response to plaintiff's complaint had been filed by any of the defendants.

d. By letter of September 19, 2002, counsel for plaintiff was advised that if no response to the complaint was filed by October 1, 2002, plaintiff could request entry of default or file a motion for default judgment by October 10, 2002. If this was not done, the court would consider entry of an Order dismissing the case without prejudice for lack of prosecution.

e. A review of the docket indicated that a response had not been filed to plaintiff's complaint nor had a request for entry of default or motion for default judgment been filed.

f. On October 18, 2002, the court's deputy clerk telephone counsel for plaintiff to determine the status of this matter and was informed that the parties were negotiating a settlement. Counsel for plaintiff was asked to fax a letter to the court concerning this matter.

g. By letter of October 18, 2002, counsel for plaintiff so advised the court and requested on behalf of defendant a thirty-day extension of time within which defendant could answer plaintiff's complaint.

It is therefore **ORDERED** that defendant is granted leave until **NOVEMBER 11, 2002** to answer, move or otherwise plead in response to plaintiff's complaint. No further requests for extension will be considered absent **extreme** good cause.

_____
S.J.