IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| ARCO IRIS BAR, INC., et al. | : NO. 02-4747 |

## **ORDER**

AND NOW, this 14th day of May, 2003, it appearing that plaintiff has filed a motion for default judgment, it is **ORDERED** that a hearing re: damages will be held on June 3, 2003 at 2:00 p.m. in Courtroom 10-A.

ATTEST:                                             or        BY THE COURT:

**By:** _____                              /s/ Norma L. Shapiro, J._____
    Madeline F. Ward, Deputy Clerk                                                    S. J.

Copies mailed 5/14/03 to:
    Ronald J. Harper, Esq.
    Sharon N. Harvey, Esq.
    Arco Iris Bar, Inc.
    Carmen S. Soto
    Manuel Vega