IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARCO IRIS BAR, INC., et al. | : | NO. 02-4747 |

### **ORDER**

AND NOW, this 30th day of May, 2003, it is **ORDERED** that the hearing previously noticed for June 3, 2003, will be held on **JUNE 17, 2003** at **3:00 p.m.** in Courtroom 10-A.

ATTEST:                                             or          BY THE COURT:


**By:** _____                           /s/ Norma L. Shapiro, J.
     Madeline F. Ward, Deputy Clerk                                              S. J.

Copies mailed 5/30/03 to:
    Ronald J. Harper, Esq.
    Sharon N. Harvey, Esq.
    Arco Iris Bar, Inc.
    Carmen S. Soto
    Manuel Vega