IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINGVISION PAY-PER-VIEW CORP. LTD.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ARCO IRIS BAR, INC.** | : | |
| **d/b/a ARCO IRIS BAR** | : | |
| **MANUEL VEGA, and CARMEN S. SOTO** | : | **NO. 02-4747** |

**ORDER**

    **AND NOW,** this 17th day of June, 2003, following a hearing under Federal Rule of Civil Procedure 55(b)(2) to determine damages as to Count I of plaintiff's Complaint, and it appearing that:

    A.  Defendants were properly served on July 8, 2002; and

    B.  An entry of default for want of answer or other defense was made on November 20, 2002, as to defendants Arco Iris Bar, Inc., d/b/a/ Arco Iris Bar, Manual Vega and Carmen S. Soto, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

    It is hereby **ORDERED** that:

    1.  The judgment by default is entered in favor of plaintiff against defendants, Arco Iris Bar, Inc., d/b/a/ Arco Iris Bar, Manual Vega and Carmen S. Soto, jointly and severally, as to Count I in the amount of two thousand two-hundred dollars ($2,200) as statutory damages; in the amount of seven hundred fifty dollars ($750) for attorney's fees, and in the amount of one hundred ninety-five dollars ($195) for costs for a total amount of three thousand one hundred forty-five dollars ($3,145);

                                                                _____
                                                                               S.J.